FILED
CLERK
2:47 pm, Sep 06, 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------
 GUSTAVIA HOME, LLC,

                      Plaintiff,          **ADOPTION ORDER**
                                                           16-cv-4011 (ADS)(ARL)

              -against-

JUAN R. MANZANARES, REYNA L.
MANZANARES AND JOHN DOE "1"
THROUGH "12", *said persons or parties
having or claimed to have a right, title, or
interest in the mortgaged premises herein, their
respective names are presently unknown to the
plaintiff*,
                     Defendant(s).
-----------------------------------------------------------X

**APPEARANCES:**

**The Margolin & Weinreb Law Group, LLP**
*Attorneys for the Plaintiff*
165 Eileen Way, Suite 101
Syosset, NY 11791
       By:    Alan H Weinreb, Esq., Of Counsel

**NO APPEARANCES:**

**Juan R. Manzanares, Reyna L. Manzanares**
*The Defendants*

**SPATT, District Judge**.

       On July 19, 2016, the Plaintiff Gustavia Home, LLC (the "Plaintiff") commenced this diversity breach of contract action against the Defendants Juan R. Manzanares, Reyna L. Manzanares, John Does "1" through "12," (the "Defendants"), seeking foreclosure of a mortgage and sale of a premises.

       On December 1, 2016, the Plaintiff moved for a default judgment against the Defendants Juan R. Manzanares and Reyna L. Manzanares. The Court referred the Plaintiff's motion to Magistrate Judge Arlene R. Lindsay on December 3, 2016.

1

On August 21, 2017, Judge Lindsay issued a Report and Recommendation (the "R&R") recommending that the Plaintiff's motion for default judgment be granted; and that judgment be entered in the Plaintiff's favor in the amount of $187,010.34.

On August 22, 2017, the Plaintiff filed proof that it served the R&R on the defaulting Defendants.

It has been more than fourteen days since the service of the R&R, and the parties have not filed objections.

As such, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. See Coburn v. P.N. Fin., No. 13-CV-1006 (ADS) (SIL), 2015 WL 520346, at *1 (E.D.N.Y. Feb. 9, 2015) (reviewing Report and Recommendation without objections for clear error).

Accordingly, the R&R is adopted in its entirety. The Clerk of the Court is respectfully directed to close the case, and enter judgment in favor of the Plaintiff in accordance with the R&R.

**SO ORDERED.**

Dated: Central Islip, New York

September 6, 2017

_/s/ Arthur D. Spatt_
ARTHUR D. SPATT
United States District Judge